AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Darryl L. Cook, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No.   0:14-cv-02660-RMG |
| | ) |
| United States of America, | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Darryl L. Cook, shall take nothing of the defendant, United States of America, as to the allegations associated with medical treatment and care and this action is dismissed without prejudice as to those claims.

■ other: the plaintiff, Darryl L. Cook, shall take nothing of the defendant, United States of America, from the complaint filed and this action is dismissed without prejudice for lack of subject matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which granted the motion to dismiss as to the plaintiff's allegations associated with medical treatment or care.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed this action without prejudice.

Date:   December 10, 2015                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                  s/G. Mills
                                                                                      _____
                                                                                      *Signature of Clerk or Deputy Clerk*